

| | Michael James Maloney* | Felicello Law P.C. |
| --- | --- | --- |
| | Partner | 366 Madison Avenue |
| | | 3rd Floor |
| | | New York, NY 10017 |

Tel. +1 (212) 584-7806<br>
Direct +1 (646) 564-3510<br>
mmaloney@felicellolaw.com

October 17, 2025

VIA CM/ECF

United States Court of appeals
For the Fourth Circuit
Lewis F. Powell Jr. Courthouse & Annex
1100 East Main Street, Suite 501
Richmond, VA 23219

Re: Chalpin Realty SC LLC v. Jersam Realty Inc., Case No. 24-1971 (4th Cir)

To the Court:

    I submit this letter pursuant to the Court's October 14, 2025 Order (the "Order") (Dkt. 40) and Rule 28(j) of the Federal Rules of Appellate Procedure. The Order directed Appellee Chalpin Realty SC LLC ("Appellee") to report its membership and the citizenship of each of its members on or before October 21, 2025. *See* Dkt. 40.

    I was retained by Appellee on October 15, 2025 and, upon due investigation, I report Appellee's membership and the citizenship of the members as follows:

> Chalpin Realty SC LLC is a Delaware limited liability company with a principal place of business located in New York;
>
> The sole member of Chalpin Realty SC LLC is 4531 Davis Street LLC;
>
> 4531 Davis Street LLC is a New York limited liability company with a principal place of business in New York;
>
> The members of 4531 Davis Street LLC are Marc Chalpin, Suzanne Alenick, Michelle Shore, and the Estate of Roberta Chalpin;
>
> Marc Chalpin and Michelle Shore are citizens of New York;
>
> Roberta Chalpin, formerly a citizen of New York, passed in July 2025 and it is anticipated that for purposes of 28 U.S.C. § 1332(c)(2), the citizenship of the Estate of Roberta Chalpin will be either New York or New Jersey; and
>
> Suzanne Alenick is a citizen of New Jersey.

    The Order cited *Capps v. Newmark S. Region LLC*, 53 F.4th 299 (4th Cir. 2022), where the Court vacated and remanded for dismissal for lack of complete diversity after submission of a

statement showing the citizenship of the members of a limited liability party. Upon review of the pleadings and the record available to me, it appears that Ms. Alenick was a citizen of New Jersey at the time this action was commenced on August 11, 2022. I further note that Defendant-Appellant Jersam Realty Inc. ("Appellant") admits in its Answer that it is a New Jersey corporation with a principal place of business in Bayonne, New Jersey. (*See* JA89 ¶18, admitting JA12 ¶18). A business name search of the website operated by the NJ Department of the Treasury, Division of Revenue & Enterprise Services, appears to identify "Jersam Realty, Inc." as a New Jersey corporation with New Jersey Entity ID 0100258439. Accordingly, it would appear that complete diversity is lacking.

After consultation with the principals of Appellee, I am informed that at all relevant times Appellee relied on its counsel of record in the District Court to investigate the basis for diversity jurisdiction asserted in paragraph 19 of the Complaint. (JA12 ¶19).

Given the foregoing, Appellee, by undersigned counsel, hereby withdraws the allegation of diversity jurisdiction in paragraph 19 of the Complaint.

Respectfully submitted,

*/s/ Michael James Maloney*

Michael James Maloney

cc:

All counsel of record by CM/ECF